## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KELSEY D. MOLYNEUX,**<br><br>**Defendant.** | **PO-24-05066-H-KLD**<br>**VIOLATION: F5443597**<br><br>**Location Code: M5**<br><br>**ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed

without prejudice, and all the bench trial scheduled for January 7, 2025 is vacated.

DATED this 26th day of December, 2024.

Kathleen L. DeSoto
United States Magistrate Judge